IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

FILED
NOV 15 2023
BONNIE HACKLER
Clerk, U.S. District Court
By_____
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>RUSSELL RICHARD FINCHER,<br><br>*Defendant.* | Case No. CR 23-197 RAW |

# INDICTMENT

The Federal Grand Jury charges:

## COUNT ONE

### ENGAGING IN THE BUSINESS OF DEALING FIREARMS WITHOUT A LICENSE
### [18 U.S.C. §§ 922(a)(1)(A), 923(a) & 924(a)(1)(D)]

Beginning on or about February 2, 2021, and continuing until on or about June 16, 2023, within the Eastern District of Oklahoma, the defendant, **RUSSELL RICHARD FINCHER**, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNT TWO

### SELLING AMMUNITION TO A PROHIBITED PERSON
### [18 U.S.C. §§ 922(d)(1) & 924(a)(8)]

On or about May 5, 2023, within the Eastern District of Oklahoma, the defendant, **RUSSELL RICHARD FINCHER**, knowingly sold sixty (60) rounds of Sig Sauer branded .40 S&W ammunition to C.I., knowing and having reasonable cause to believe that C.I. had been

1

convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Sections 922(d)(1) and 924(a)(8).

## COUNT THREE-(MISDEMEANOR)

## MAKING FALSE ENTRY IN RECORDS BY FEDERAL FIREARMS DEALER
[18 U.S.C. §§ 922(m) & 924(a)(3)(B)]

Beginning on or about May 10, 2021, and continuing until on or about June 16, 2023, within the Eastern District of Oklahoma, the defendant, **RUSSELL RICHARD FINCHER**, the responsible person for Federal Firearm Licensee #5-73-127-07-4F-08003, and a licensed dealer of firearms, within the meaning of Chapter 44, Title 18, United States Code, issued to Triple G Firearms LLC, did knowingly make false entries in records Triple G Firearms LLC was required to keep pursuant to Section 923 of Title 18, United States Code, in that **RUSSELL RICHARD FINCHER** recorded false information on ATF Form 4473 Firearm Transaction Records and in Acquisition and Disposition Records that the below-listed firearms were transferred to T.F. when in truth and fact, the defendant knew the firearms were not transferred to T.F.:

- one (1) Palmetto State Armory Lower Receiver, Serial # SCD937091;
- one (1) Palmetto State Armory Lower Receiver, Serial # SCD679437;
- one (1) Palmetto State Armory Lower Receiver, Serial # SCD751678;
- one (1) Palmetto State Armory Lower Receiver, Serial # SCD751860;
- one (1) Palmetto State Armory Lower Receiver, Serial # SCD937084;
- one (1) Palmetto State Armory Lower Receiver, Serial # SCD934434;
- one (1) Palmetto State Armory Lower Receiver, Serial # SCB106796;
- one (1) Palmetto State Armory Lower Receiver, Serial # SCB106798;
- one (1) Palmetto State Armory Lower Receiver, Serial # SCB106813;

- one (1) Palmetto State Armory Lower Receiver, Serial # SCB106816;
- one (1) Palmetto State Armory AK-GF3 Rifle, Serial # 0273;
- one (1) Palmetto State Armory AK-GF3 Rifle, Serial # 1175;
- one (1) Palmetto State Armory Lower Receiver, Serial # 921372;
- one (1) Palmetto State Armory Lower Receiver, Serial # 921392;
- one (1) Palmetto State Armory Lower Receiver, Serial # SCD176193;
- one (1) Palmetto State Armory Lower Receiver, Serial # SCD176177;
- one (1) Palmetto State Armory Lower Receiver, Serial # SCD751663
- one (1) Palmetto State Armory Lower Receiver, Serial # SCD751679;

All in violation of Title 18, United States Code, Sections 922(m) and 924(a)(3)(B).

## FORFEITURE ALLEGATION
### [18 U.S.C. § 924(d) & 28 U.S.C. § 2461(c)]

The allegations contained in Counts One through Three of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the violations charged in Counts One through Three of this Indictment involving violations of Title 18, United States Code, Sections 922(a)(1)(A), 922(d)(1), 923(a), 924(a)(1)(D), 924(a)(3)(B), 924(a)(8), and 922(m), the defendant, **RUSSELL RICHARD FINCHER**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offenses.

A TRUE BILL:

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY

CHRISTOPHER J. WILSON
United States Attorney

*[signature]*
JOSHUA SATTER, NYBA # 5477112
Assistant United States Attorney

4